## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT PADUCAH

**ANDRE WILLIS**                                                                             **PETITIONER**

**v.**                                                   **CIVIL ACTION NO. 5:07-CV-P157-R**

**STEVE HANEY**                                                   **RESPONDENT**

### MEMORANDUM AND ORDER

Petitioner, Andre Willis, filed this action pursuant to 28 U.S.C. § 2254 seeking a writ of habeas corpus (DN 1). This matter is before the Court for preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.[1] On review, the Court will direct Respondent to answer. Accordingly, **IT IS ORDERED** as follows:

(1) The Clerk of Court **shall effect service** of the petition and the attachments thereto (DN 1) on Respondent and the Attorney General for the Commonwealth of Kentucky.

(2) Respondent shall file an answer herein within **40 days** from the date of entry of this Order.

(3) Petitioner may file a reply no later than **15 days** following service of Respondent's answer.

(4) This matter is **REFERRED to Magistrate Judge W. David King** pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) for appropriate hearings, if any, findings of fact, and recommendations for disposition.

---

[1] Rule 4 provides that unless "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, . . . . the judge must order the respondent to file an answer, motion, or other response . . . ."

Petitioner also has filed a motion for appointment of counsel (DN 4). He states that he is unable to afford counsel and that the issues in this case are complex and are beyond his legal skills.

Petitioner has no absolute right to be represented by counsel on habeas corpus review. *See Wright v. West*, 505 U.S. 277, 293 (1992). The Court may appoint counsel for a habeas petitioner who is financially unable to afford counsel if the Court determines that the interests of justice so require. *See* 28 U.S.C. § 2254(h); 18 U.S.C. § 3006A(a)(2)(B).

The Court does not find that the complexity of the legal issues in this case necessitates the appointment of counsel. Further, based on the pleadings filed thus far, it appears that Petitioner is familiar with the workings of the legal system and is able to represent himself sufficiently at this time.

Accordingly, **IT IS FURTHER ORDERED** that the motion for appointment of counsel (DN 4) is **DENIED**. Nothing in this order shall preclude Petitioner from requesting appointment of counsel at a future point in this action, should circumstances arise to justify such a request.

Date:

cc:	Petitioner, *pro se*
	Respondent
	Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals,
	   1024 Capital Center Drive, Frankfort, KY 40601
4413.009